UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Angela Chatman, <br><br> Plaintiff, <br> v. <br><br> CTI Collection Services, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:12-cv-02012-NJB-DEK |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 5, 2012

                                          Respectfully submitted,

                                          PLAINTIFF, Angela Chatman

                                          By:  _/s/ Kenneth D. McLean_
                                          Kenneth D. McLean, Esq. (LSB No. 30190)
                                          THE McLEAN LAW FIRM, LLC
                                          P.O. Box 38161
                                          Germantown, TN 38183-0161
                                          Telephone: (901) 326-6888
                                          Facsimile: (901) 531-8102
                                          Attorneys for Plaintiff

                                          Of Counsel To:

                                          LEMBERG & ASSOCIATES L.L.C.
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile:  (203) 653-342

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By */s/ Kenneth D. McLean*

                                              Kenneth D. McLean, Esq.